ACCEPTED
01-14-00687-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 11:34:21 AM
CHRISTOPHER PRINE
CLERK

**Cause No. 01-14-00687-CV**

_____

**IN THE COURT OF APPEALS**
**FOR THE FIRST DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/6/2015 11:34:21 AM
CHRISTOPHER A. PRINE
Clerk

_____

**THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON, INC.,**
**THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON EDUCATION**
**FOUNDATION, DAN PARSONS, CHRIS CHURCH, CHURCH ENTERPRISES, INC.,**
**GARY MILLESON, RONALD N. MCMILLAN, D'ARTAGNAN BEBEL, MARK**
**GOLDIE, CHARLIE HOLLIS, AND STEVEN LUFBURROW,**

*Appellants,*

**v.**

**JOHN MOORE SERVICES, INC. AND JOHN MOORE RENOVATION, LLC,**

*Appellees.*

_____

Appeal from the 269th District Court of Harris County, Texas
Cause No. 2013-76215

_____

**JOHNSON, TRENT, WEST & TAYLOR, LLP'S**
**UNOPPOSED MOTION TO WITHDRAW**

_____

COMES NOW Johnson, Trent, West & Taylor, LLP, Douglas Pritchett, Jr., and Tamara M. Madden ("Movants"), Counsel for Appellees John Moore Services, Inc. and John Moore Renovation, LLC, and file this Unopposed Motion to Withdraw pursuant to Texas Rule of Appellate Procedure 6.5 and in support thereof would respectfully show as follows:

1.  Seeking to consolidate its outside legal counsel, Appellants have requested that Movants terminate their relationship and withdraw from this representation.

2.  The following deadlines exist:

| | |
|---|---|
| August 31, 2015 | Deadline to conduct mediation. |
| September 2, 2015 | Deadline to file Appointment and Fee Report-Mediation |

3.  John Moore Services, Inc. and John Moore Renovation, LLC will continue to be represented by

> Lori Ann Hood
> Baker Donelson, PC
> 1301 McKinney Street, Suite 3700
> Houston, Texas 77010
> (713) 286-7182
> lhood@bakerdonelson.com

4.  Ms. Hood, as Appellees' representative was notified of this motion and was given an opportunity to object.

5.  This motion is unopposed.

## PRAYER

Movants ask this Court to grant this motion to withdraw.

Respectfully submitted,

*/s/ Douglas Pritchett, Jr.*
Douglas Pritchett, Jr.
State Bar No. 24007877
dpritchett@johnsontrent.com
Tamara Madden
State Bar No. 00783720
tmadden@johnsontrent.com
JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam Street, Suite 1700
Houston, Texas 77002
(713) 222-2323 (Telephone)
(713) 222-2226 (Facsimile)

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

On the 4th day of August 2015, the below-signed counsel contacted Jeffrey Elkin, counsel for Appellee, and Lori Hood, counsel for Appellants, and was informed that neither party opposes the relief requested in this motion.

*/s/ Douglas Pritchett, Jr.*
Douglas Pritchett, Jr.

## CERTIFICATE OF SERVICE

On this the 6th day of August 2015, the foregoing Unopposed Motion for Extension of Time was served on the following persons in the manner indicated:

Lauren B. Harris                                          ***Via Electronic Service***
Jeffrey R. Elkin
M. Harris Stamey
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
*Attorneys for Appellee*

Lori Hood                                                     ***Via Electronic Service***
Baker Donelson, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
*Attorney for Appellant*

Don Valentine                              ***Via U.S. Mail, First Class, Certified***
John Moore Services, Inc.
John Moore Renovation, LLC
10005 W. Sam Houston Pkwy. N., Suite 200
Houston, Texas 77084
*Representative for Appellants*

*/s/ Douglas Pritchett, Jr.*
Douglas Pritchett, Jr.

4